**Order entered May 28, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-01033-CR**
**No. 05-20-01034-CR**
**No. 05-20-01035-CR**

**CHRISTIAN COLE DONIHOO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-83060-2020 cts. 1-3**

### ORDER

Before the Court are appellant's May 26, 2021 second motions for an extension of time to file his brief. We **GRANT** the motions and **ORDER** appellant's brief due by June 28, 2021.

/s/ DENNISE GARCIA
   JUSTICE